```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
                       EASTERN DIVISION
```

AMOS BEN ISRAEL #B-69681,       )
                                )
            Plaintiff,          )
                                )
    v.                          )     No.  11 C 1626
                                )
I.D.O.C. (Acting Director       )
GLADYSE TAYLOR), et al.,        )
                                )
            Defendants.         )

## MEMORANDUM ORDER

In response to this Court's March 14, 2011 memorandum order, pro se plaintiff Amos Ben Israel ("Ben Israel")[1] has filed a motion for extension of time to provide the requested information as to his exhaustion or nonexhaustion of administrative remedies. This Court has no problem with granting such an extension, but it appears very possible that when the facts are sorted out it may be necessary to conduct a <u>Pavey</u> hearing (see <u>Pavey v. Conley</u>, 544 F.3d 739 (7th Cir. 2008)) to resolve the exhaustion issue.

This Court has accordingly inquired of Alan Mills, Esq., who has been setting up a program for that purpose in cooperation with the Winston & Strawn law firm, to obtain the name of a volunteer lawyer to look into that matter and report to the

---

[1] Ben Israel has captioned his most recent filing "Amos Israel" rather than "Amos Ben Israel," the name listed in his original Complaint. Although Ben Israel's lawsuit is based on his self-identification as "a Jewish (Hebrew) person," he does not appear to understand that in the Hebrew language (and, indeed, in Arabic as well) "Ben" is not a middle name but rather a word meaning "son of."

parties and this Court.  Accordingly Ben Israel's motion for a 90-day extension to June 28, 2011 is denied, because this Court anticipates obtaining the name of counsel for such an appointment well in advance of that date.

                                                  _____
                                                  Milton I. Shadur
                                                  Senior United States District Judge

Date:  April 12, 2011